AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | |
|---|---|
| United States of America<br>v.<br>Christian Alexander Delgado<br><br>*Defendant(s)* | Case No.<br>6: 26-MJ-6002 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of October 14, 2025 in the county of Rockcastle in the Eastern District of Kentucky, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2423(b) | Travel With Intent To Engage in Illicit Sexual Conduct |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

Collier Philips, by EBA with permission
*Complainant's signature*

Collier Philips, DUSM
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/02/2026

Signed By:
*Edward B. Atkins* EBA
United States Magistrate Judge
*Judge's signature*

City and state: London, Kentucky

Edward B. Atkins, United States Magistrate Judge
*Printed name and title*