# Affidavit

* * * * * * * *

I, Collier S. Philips, a Deputy United States Marshal with the United States Marshals Service ("USMS"), United States Department of Justice, being duly sworn, depose and state as follows:

1.      I have been a Deputy United States Marshal ("DUSM") with the United States Marshals Service ("USMS") since July 2022.  I am a graduate of the University of Alabama, with a Bachelor of Arts Degree in Criminal Justice, as well as a graduate of Faulkner University with a Master of Justice Administration. I have been assigned to the Eastern District of Kentucky ("E/KY"), London Office, since July 2022. I have been assigned as a Team Leader ("TL") on the USMS E/KY Central Kentucky Fugitive Task Force ("CKFTF"), which is a Violent Offenders Task Force ("VOTF") since February 2024. As a TL, I assist in and lead state & federal fugitive and criminal investigations originating out of the E/KY, as well as managing Task Force Officers ("TFO") assigned to the CKFTF from state and federal agencies. Prior to this, I was a Probation and Parole Officer with the Alabama Bureau of Pardons and Paroles ("ALBPP") from May 2015 to January 2017. From January 2017 to July 2022, I was then assigned as a Task Force Officer ("TFO") to the USMS Gulf Coast Regional Fugitive Task Force ("GCRFTF"), Counter Gang Unit ("CGU").  In this capacity, as well my current capacity, I have been the lead case agent for numerous fugitive investigations involving major crimes such as murder, rape, kidnapping, human trafficking, organized crime, crimes against children, felon in

possession of firearms, internet crimes against children, various sex offenses, terrorism, firearms trafficking, explosives trafficking, armed drug trafficking, robbery, arson, property crimes, escapes, and supervised release violations with the aforementioned underlying charges. Also in these capacities, I assisted in and lead Missing Child Cases ("MCC") to recover endangered juvenile runaways, juvenile kidnapping victims, and juvenile victims of sex trafficking. Since being in E/KY, I have investigated and presented to prosecution crimes including federal felon in possession of firearms, Adam Walsh Act ("AWA") cases, and federal Sex Offender and Notification Act ("SORNA") crimes. I have participated and lead in the execution of search warrants, undercover operations, and arrests related to these crimes.

2.      Your Affiant has attended various training courses on complex criminal investigations, fugitive investigations, firearms prosecution, drug trafficking, sex crimes, crimes against children, missing children, asset forfeiture, RICO, evidence collection, Special Weapons and Tactics ("SWAT"), Hostage Recuse Techniques ("HRT"), sniper training, Crisis Negotiation, mobile surveillance, undercover operations, and many other areas thereof. I am familiar with and/or have participated in all the normal methods of investigation, including but not limited to, visual surveillance, the questioning of witnesses, questioning defendants, and the use of cooperating witnesses and/or confidential informants. I have assisted in the investigation of crimes against children on several occasions in my 10 years as a state and federal criminal investigator.

3.      I know pursuant to Title 18 USC § 2423(b), it is unlawful for any person who travels in interstate commerce or travels into the United States, or a United States citizen

or an alien admitted for permanent residence in the United States who travels in foreign commerce, with intent to engage in any illicit sexual conduct with another person. Illicit sexual conduct is defined in 18 USC § 2423(g)(1) as a sexual act (as defined in section 2246) with a person under 18 years of age that would be in violation of chapter 109A if the sexual act occurred in the special maritime and territorial jurisdiction of the United States.

4.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, officers, and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

5.      On October 14, 2025, Rockcastle County Sheriff's Office (RCSO) issued an endangered juvenile runaway/missing child posting in regards to the disappearance of MINOR VICTIM 1 (MV1), a thirteen (13) year old female who was last seen on that aforementioned date in the Wolf Creek Road area of Orlando, KY.

6.      On October 28, 2025, the United States Marshals Service (USMS), Eastern District of Kentucky (E/KY), Central Kentucky Fugitive Task Force (CKFTF), London Office, initiated a missing child investigation for MV1 FID# 11880840 based on a request of assistance made by the Rockcastle County Sheriff's Office (RCSO). On that same date, I was listed as the lead investigator.

7.      Numerous interviews were conducted with many persons that knew of the matter and of MV1, but, specifically, on November 4, 2025, myself, RCSO Chief Detective Sam BROCK, FBI Task Force Officers (TFOs) Dillon BLAIR, Taylor MCDANIEL, and FBI Special Agent (SA) Adam SCHEPIS went to MV1's foster home and individuals

3

present who provided investigators with a diary belonging to MV1 that indicated she had planned to run away, but to no specific place.

8.    It was gathered through various interviews with confidential sources (CS) that MV1 had a heavy online digital footprint. It was also confirmed through various interviews that MV1 had presence on social media applications and gaming platforms such as Snapchat, Facebook, Instagram, and Roblox.

9.    Over the months leading up to December 26, 2025, I interviewed and kept in contact with numerous family members, friends, associates, etc. to include MV1's aunt (hereinafter Witness 1).

10.    On December 26, 2025, at approximately 1640 HRS (4:45PM EST), I was notified by Witness 1 that MV1 was talking to her via phone call. During the call, MV1 informed Witness 1 that MV1 was ready to come home. MV1 stated that she was somewhere in Washington, D.C, and wanted WITNESS 1 to come pick her up. At that time, an unknown adult female (later identified as Michelle NUNEZ) got on the phone and asked WITNESS 1 what she wanted her to do, to which WITNESS 1 responded that she was "headed toward her" in order to pickup MV1. WITNESS 1 did this under the direction of myself and RCSO Chief Detective Sam BROCK, so that I could coordinate with USMS and local law enforcement personnel in that area to recover MV1 and, potentially, conduct a criminal investigation. The female provided the address that they were at, which was 12023 Dalewood Drive, Silver Spring, MD 20902.

11.    I sent a verbal collateral lead with exigency to DUSM Samuel LEE and Supervisory DUSM Felix CARRION, DUSMs assigned to the USMS Make DC Safe Surge

4

Team, who responded to the lead. DUSM LEE and SDUSM CARRION met with Montgomery County Police Department (MCPD) officers who stated that they received a call in reference to MV1, and that the call came from the aforementioned address.

12.    At approximately 1800 HRS (6:00 PM EST), DUSMs Samuel LEE, Jaron ARRINGTON, Senior Inspectors (SIs) Aaron RHODENIZER, David YOUNGLESS, Joshua GOWDIE, Chris BATELLI, Preston DAVIES, and Supervisory DUSM (SDUSM) Felix CARRION from the USMS Capital Area Regional Fugitive Task Force (CARFTF) and USMS Make DC Safe Surge Team, as well Montgomery County Police Department (MCPD) Officers responded to the collateral lead and aforementioned address. DUSM LEE activated his USMS Body Worn Camera (BWC) once on scene, and recovered MV1 without incident. Once MV1 was secured, DUSM LEE conducted an interview with the family and notified them that DUSM LEE did have an activated USMS BWC. DUSM LEE asked how long MV1 had been at the residence, to which a male, later identified as Christan DELGADO, stated that she had been there since October 20, 2025.  Christian DELGADO is an adult male who, during the relevant period of time, was thirty-six (36) and thirty-seven (37) years of age.

13.    DUSM LEE asked DELGADO if he was the boyfriend, to which DELGADO responded, "well, yeah." DUSM LEE asked DELGADO how he and MV1 met, to which he answered "online." DUSM LEE then informed the family that MV1 was a runaway juvenile, and stated that she might have gone to Florida, to which DELGADO stated that he picked her up in Kentucky. DELGADO also stated that he and MV1 met online, messaged, and he drove to Kentucky to pick MV1 up. DUSM LEE notified myself and

Detective BROCK about the interview, to which they stated they would begin working on the state arrest warrant out of Rockcastle County, KY for DELGADO.

14. DUSM LEE and SDUSM CARRION went to interview DELGADO again, to which he further said that he, during the time that MV1 went missing, was living and working in Florida. DELGADO stated that he was on a dating app - later identified as the mobile phone based platform and application "PURE: Anonymous Dating and Chat" - and they matched - meaning they connected. DELGADO stated that after they matched, MV1's profile stated that she was ready to move out, and that she was looking for someone to "be with." DELGADO stated that he responded, and went to pick her up. DELGADO stated that he picked up MV1 from Kentucky, drove to Florida for a day or two to get some personal items since he was living and working in Florida at the time, then drove to Maryland.

15. DELGADO stated to DUSM LEE that when he picked MV1 up, she had a backpack full of clothes, but after her clothes were stolen, he let her use his clothes for warmth. DELGADO went on to explain how he met MV1 on PURE, and that she eventually got his account locked.

16. Myself and Detective BROCK informed DUSM LEE that the arrest warrant had been signed. DUSM LEE informed DELGADO that a warrant had been issued out of Rockcastle County, KY for Kidnapping – Minor. DELGADO was taken into custody without incident.

17. On December 31, 2025, I was informed by Detective BROCK that MV1 disclosed in a forensic interview with MCPD's Special Victim Investigative Division

6

(SVID) Detective Daniel GOMEZ that MV1 and DELGADO did have sex and shower together at a hotel in Kentucky after she was picked up by DELGADO in October of 2025. The location and exact name of the hotel are still being investigated at this time. Detective GOMEZ stated that he would provide a copy of the forensic interview.

18.    Based on the interview with DUSM LEE, DELGADO met MV1 on the PURE app. The PURE App is a mobile phone based platform and application that is marketed as an anonymous dating and chat app. PURE is socially known as a popular app to meet other people for sex.

19.    Based on the interview with DUSM LEE, DELGADO traveled in interstate commerce from the state of Florida to the Commonwealth of Kentucky in order to meet MV1 for illicit sexual conduct. DELGADO then transported MV1 from the state of Florida to the state of Maryland, where MV1 was later recovered and he was apprehended.

20.    Based on the interview with DUSM LEE, MV1 during the timeframe of October 2025 through December 2025 was 13 YOA, which is under the age of 18. Any sexual contact, consensual or not, by DELGADO is considered illicit sexual activity to which DELGADO could be charged with a criminal offense. DELGADO also acknowledged that MV1 was his girlfriend during this time frame.

### CONCLUSION

21.    Based on the facts set forth in this affidavit, I believe there is probable cause to believe that in October of 2025, Christian DELGADO traveled in interstate commerce to meet with MV1 for illicit sexual conduct, in Rockcastle County, Kentucky,

in the Eastern District of Kentucky, in violation of 18 USC § 2423(b) - Travel With Intent

To Engage in Illicit Sexual Conduct.

Respectfully submitted,

/S/ Collier S. Philips, by EBA with
affiant's permission

_____

Collier S. Philips
Deputy United States Marshal

Subscribed and sworn to per Rule 4.1(b)(2)(A) on January 2, 2026



**Signed By:**

**_Edward B. Atkins_**

**United States Magistrate Judge**

_____
UNITED STATES MAGISTRATE JUDGE