Eastern District of Kentucky
FILED

JAN 22 2026

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

**UNITED STATES OF AMERICA**

**V.** **INDICTMENT NO.** 6:26-cr-026-REW

**CHRISTIAN ALEXANDER DELGADO**

* * * * *

**THE GRAND JURY CHARGES:**

**COUNT 1**
**18 U.S.C. § 2423(a)**

From on or about October 15, 2025, and continuing through on or about December 26, 2025, the exact date unknown, in Rockcastle County and Fayette County and elsewhere, in the Eastern District of Kentucky, and elsewhere,

**CHRISTIAN ALEXANDER DELGADO**

did knowingly transport an individual who had not attained the age of 18 years in interstate commerce with the intent that the individual engage in sexual activity for which any person can be charged with a criminal offense, namely, Rape in the 2nd Degree under Kentucky Revised Statute § 510.050, all in violation of 18 U.S.C. § 2423(a).

**COUNT 2**
**18 U.S.C. § 1512(b)(3)**

From on or about October 15, 2025, and continuing through on or about December

26, 2025, in Rockcastle County, in the Eastern District of Kentucky, and elsewhere,

**CHRISTIAN ALEXANDER DELGADO**

knowingly attempted to use intimidation, threats, and corrupt persuasion toward another person with intent to prevent the communication to a law enforcement officer of the United States information relating to the commission and possible commission of a federal offense, all in violation of 18 U.S.C. § 1512(b)(3).

**A TRUE BILL**

[redacted]

**FOREPERSON**

**PAUL C. McCAFFREY**
**FIRST ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

**Count 1:** Not less than 10 years and not more than life imprisonment, a fine not more than $250,000, and a term of supervised release of at least 5 years and not more than life.

**Count 2:** Not more than 20 years imprisonment, a fine of not more than $250,000, and a term of supervised release of not more than 3 years.

**PLUS**: Mandatory special assessment of $100 per count.

Additional mandatory special assessment of $5,000, pursuant to 18 U.S.C. § 3014, for non-indigent Defendants convicted of certain offenses within Chapter 117 of the United States Code.

**PLUS**: Restitution if applicable.