**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

**CRIMINAL ACTION NO. <u>6:26-CR-26-REW</u>**

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**V.**                                         **<u>STATUS REPORT</u>**

**CHRISTIAN ALEXANDER DELGADO**                          **DEFENDANT**

\*   \*   \*   \*   \*

Comes the United States, through counsel, and pursuant to the Court's order provides the following status regarding outstanding discovery in the above matter:

Following issuance of the Court's order, the United States forwarded the order to law enforcement parties and the prosecutor of the parallel state case in Montgomery County, Maryland. The Montgomery County prosecutor immediately responded and arranged a call with the undersigned. On that call, the undersigned discussed the ongoing need for the outstanding electronic items, the efforts which the undersigned had made to retrieve them thus far, and a plan moving forward to obtain the items. The Montgomery County prosecutor agreed to provide the items that authorities there had in their possession. The undersigned coordinated with the United States Marshals Service in this district, who will receive the items by mail from the Montgomery County Police. That process has been initiated, and the undersigned will apprise the Defendant once those items arrive in this district. Upon arrival of the evidence, the United States will promptly process the evidence and provide it to the Defendant.

Respectfully submitted,

JASON D. PARMAN
FIRST ASSISTANT
UNITED STATES ATTORNEY

By:    <u>s/ Justin E. Blankenship</u>
        Justin E. Blankenship
        Assistant United States Attorney
        601 Meyers Baker Road, Suite 200
        London, Kentucky 40741
        Phone: (606) 330-4829
        Fax: (606) 864-3590
        Justin.blankenship2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ *Justin E. Blankenship*
Assistant United States Attorney